

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

SHAWN.HIGGINS@SIDLEY.COM
+1 202 736 8020

January 20, 2026

**FILED ELECTRONICALLY**

The Honorable Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

    Re:    <u>Nippon Steel Corporation v. United States</u>, Court No. 26-00747

Dear Mr. Toscano:

On behalf of Nippon Steel Corporation ("NSC"), we hereby commence the above-captioned proceeding to challenge the final results issued by the U.S. Department of Commerce (the "Department") in the 2022-2023 administrative review of the antidumping duty order on Non-Oriented Electrical Steel from Japan, Case No. A-588-872. With this letter, we are filing the following documents:

- Summons (Form 3);
- Information Statement (Form 5);
- Notice of Appearance (Form 11);
- Disclosure of Corporate Affiliations and Financial Interest (Form 13);
- Business Proprietary Information Certification (Form 17)

We are also including payment of the filing fee in the amount of $400.00 with these documents.

Copies of this letter and enclosures are being served today on the parties listed in the attached certificate of service.

# SIDLEY

The Honorable Mario Toscano
January 20, 2026
Page 2

      Please do not hesitate to contact the undersigned if you have any questions regarding this matter.

                                             Respectfully submitted,

                                             Shawn M. Higgins
                                             Rajib Pal
                                             Ashlande Gelin
                                             Allison Reading
                                             Lloyd Lyall
                                             Danielle V. Cossey

                                             Counsel to Nippon Steel Corporation